UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

09-21334-CIV-HOEVELER/WHITE

ANTHONY JAMES BRYANT,

    Plaintiff,

v.

TIMOTHY P. RYAN, ET AL.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a Report on Plaintiff's *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983. Magistrate Judge White filed a Report [ECF No. 87] on January 14, 2011, recommending that the motions to dismiss the plaintiff's third amended complaint, which were filed separately by defendants Timothy Ryan, J. Johnson, and Corporal Offord, be granted. Magistrate Judge White also recommended that the plaintiff's claims against defendants S. Johnson and Lt. Smith be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure to state a claim. To this date, no objections to the Report and Recommendations have been filed. The Court having reviewed the file and record and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report is AFFIRMED and ADOPTED as the opinion of this

Court, for the reasons stated therein. Accordingly,

1. The motions to dismiss by Timothy Ryan [ECF No. 63], J. Johnson [ECF No. 64], and Corporal Offord [ECF No. 65] are hereby granted, and these defendants are dismissed, with prejudice.

2. Defendants S. Johnson and Lt. Smith are dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), for the plaintiff's failure to state a claim.

3. All other pending motions are denied as moot, and this case is CLOSED.

**DONE AND ORDERED** in Miami, Florida, February 11, 2011.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT JUDGE